# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1045
Lower Tribunal No. 2006-CF-005222

_____

EDUARDO MOLINA BRACERO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Jalal A. Harb, Judge.

April 30, 2024

PER CURIAM.

     AFFIRMED.

SMITH, BROWNLEE and GANNAM, JJ., concur.


Eduardo Molina Bracero, Arcadia, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED